IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SAMMIE MADDEN                                                                          PETITIONER
ADC #142944


V.                               5:09-cv-00189-SWW-JJV


LARRY NORRIS, Director,                                                             RESPONDENT
Arkansas Department of Correction


### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Mr. Madden's Petition (Doc. No. 2) is DISMISSED with prejudice. The requested relief is denied and any pending motions are denied as moot.

DATED this 10th day of February 2010.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE